UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80285-AMC

TARA DUNCAN,

    Plaintiff,

vs.

NCS PEARSON, INC.,
JOHN DOE CORPORATION, an unnamed
corporate entity, and JOHN DOE, an unnamed
individual in his official and individual
capacity,

    Defendants.
_____/

## DEFENDANT NCS PEARSON, INC.'S NOTICE OF NON-OBJECTION

Defendant, NCS PEARSON, INC. ("Pearson"), files its Notice of Non-Objection to this Court's Report and Recommendation on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 33].

Dated: September 13, 2022

        **SAUL EWING ARNSTEIN & LEHR LLP**
        *Counsel for Defendant, NCS Pearson, Inc.*
        701 Brickell Avenue, Suite 1700
        Miami, Florida 33131
        Telephone: (305) 428-4500
        Facsimile: (305) 374-4744
        E-mail: steven.appelbaum@saul.com
        jessica.barrero@saul.com
        annie.rosenthal@saul.com
        cindy.carhartt@saul.com

        By:   */s/ Annie D. Rosenthal*
              Steven M. Appelbaum
              Florida Bar No. 71399
              Annie D. Rosenthal
              Florida Bar No. 1031335