UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80285-CIV-CANNON/Reinhart

**TARA DUNCAN**,

 Plaintiff,

v.

**NCS PEARSON, INC. et al.**,

 Defendants.
_____/

### ORDER REQUIRING COMBINED RESPONSES AND DENYING WITHOUT PREJUDICE MOTION TO DISMISS [ECF No. 38]

 **THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served with Plaintiff's Third Amended Complaint [ECF No. 37]. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.** Accordingly, it is hereby

 **ORDERED and ADJUDGED** that Defendant NCS Pearson, Inc's Motion to Dismiss Plaintiff's Third Amended Complaint [ECF No. 38] is **DENIED WITHOUT PREJUDICE** to allow all Defendants to be served with the Third Amended Complaint [ECF No. 37] in compliance with this Order.

CASE NO. 22-80285-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of November 2022.

                                                                                        AILEEN M. CANNON
                                                                                        UNITED STATES DISTRICT JUDGE

cc:   counsel of record