UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80285-CIV-CANNON/Reinhart

TARA DUNCAN,

    Plaintiff,

v.

NCS PEARSON, INC.,
BAYO ADENIYI, and
DEPENDABLE TESTING CENTER,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE TO MOTION

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On April 20, 2023, Defendants Bayo Adeniyi and Dependable Testing Center filed an Amended[1] Motion to Quash Service [ECF No. 74], making Plaintiff's response due on or before May 4, 2023. To date, Plaintiff has not responded to the motion to quash service or requested additional time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a response to the motion to quash service on or before **May 15, 2023**. If Plaintiff fails to comply, the Court shall consider the merits of the motion to quash service without the benefit of a response, and such failure may be deemed sufficient cause to grant the motion by default. *See* S.D. Fla. L.R. 7.1(c).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of May 2023.

                                                      AILEEN M. CANNON
                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The Court previously denied Defendants' Motion to Quash Service for failure to include a certificate of conference, as required by S.D. Fla. L.R. 7.1(a)(3) [ECF No. 73].