UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-80285-AMC

TARA DUNCAN,

    Plaintiff,

vs.

NCS PEARSON, INC.,
BAYO ADENIYI, and
DEPENDABLE TESTING CENTER,

    Defendants.
_____/

## PARTIES NOTICE OF FILING PROPOSED AGREED ORGER ON DEFNEDANT'S MOTION TO QUASH SERVICE OF PROCESS

Plaintiff and Defendants Adeniyi and Dependable Testing Center respectfully submits this Notice of Filing a Proposed Agreed Order on Defendant's Motion to Quash Service of Process.

Dated: July 4, 2023

                                    Respectfully submitted,

                                    **KATRANIS, WALD & GARNER, PLLC**
                                    501 E Las Olas Boulevard, Suite 200/300
                                    Fort Lauderdale, Florida 33301
                                    Tel.: (754) 231-8107
                                    Emails: jordan@kwglegal.com
                                                   stefano@kwglegal.com

                                  By: */s/ Stefano Mittone*
                                       Stefano Mittone
                                       Florida Bar No.: 118344
                                       Jordan Sacks
                                       Florida Bar No.: 122521

Respectfully submitted,

By:/s/ *Elias R. Hilal*
Elias R. Hilal, Esq. (FBN 60337)
E-mail Address: elias.hilal@erhlaw.com
Law Office of Elias R. Hilal, P.A.
 12 SE 7th Street, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2065
Facsimile:  (954) 337-0117
*Attorney for Defendants*