UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-80285-CIV-CANNON/Reinhart

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI, AND
DEPENDABLE TESTING CENTER**,

    Defendants.
_____/

**PLAINTIFF TARA DUNCAN'S
NOTICE OF SERVING PROPOSAL FOR SETTLEMENT TO
DEFENDANT DEPENDABLE TESTING CENTER**

    Plaintiff, Tara Duncan, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.442 and Fla. Stat. § 768.79, hereby gives notice of service of a Proposal for Settlement upon Defendant, Bayo Adeniyi, on this 22nd day of November, 2024.

**CERTIFICATE OF SERVICE**

    **WE HEREBY CERTIFY** a true copy of the foregoing has been filed electronically using the CM/ECF electronic filing system which will provide notice to all counsel of record as of November 22, 2024.

    Respectfully submitted,

    **KWG LEGAL, PLLC**
    501 E Las Olas Boulevard, Suite 200/300
    Fort Lauderdale, Florida 33301
    Tel.: (754) 231-8107
    E-Service Email: Service@kwglegal.com
    Non-Service Email: Stefano@kwglegal.com
    Secondary Email: Jslater@kwglegal.com

By: /s/ Stefano Mittone
    Stefano Mittone
    Florida Bar No.: 118344