UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80285-CIV-CANNON/Reinhart

TARA DUNCAN,

    Plaintiff,

v.

BAYO ADENIYI AND
DEPENDABLE TESTING CENTER,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On December 3, 2024, the Court entered a Scheduling Order that required the parties, among other things, to file a joint notice of mediator selection on or before January 3, 2025 [ECF No. 126]. To date, the parties have not complied or requested additional time to do so.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that, on or before **January 14, 2025**, the parties shall file a joint notice of mediator selection in accordance with the Court's Order [ECF No. 126] and show cause, in writing, why they failed to do so by the original deadline of January 3, 2025. **No further extensions of this deadline will be granted**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of January 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record