# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO.: 9:22-CV-80285-AMC

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.

_____/

## JOINT NOTICE OF RESPONSE TO COURT'S ORDER TO SHOW CAUSE

**COMES NOW**, Plaintiff, **TARA DUNCAN**, and Defendants, **BAYO ADENIYI**, and **DEPENDABLE TESTING CENTER**, by and through their undersigned counsel, and request this Court take no further action on its Order to show cause, and in support of state the following:

1. This Court entered an Order to Show Cause on January 7, 2025, ordering Plaintiff to show good cause as to why Plaintiff failed to file a joint notice of mediator selection by the original deadline of January 3, 2025.

2. This Court entered an Order Setting Trial, Setting Pre-Trial Deadlines and Referring Certain Matters to Magistrate Judge on December 3, 2024.

3. Per Court's Order, parties were to file a joint proposed notice scheduling mediation along with an attached proposed order scheduling mediation by January 3, 2025.

4. Due to a human error when compiling the case calendar deadlines, the reminder was mis-calendared and therefore the undersigned attorney was not alerted to the January 3rd, 2025 mediation notice deadline.

---

**KWG Legal, PLLC**
**501 E. Las Olas Blvd Suite 200/300, Fort Lauderdale, FL 33301**
**Telephone (754) 231-8107 | Service@KWGLegal.com**

5. However, Plaintiff immediately began working expeditiously to rectify the error and the Parties are currently scheduled for mediation on April 16, 2025, with Robert A. Dulberg, and a proposed order scheduling mediation has been submitted to the Court.

6. The undersigned attorney has now confirmed that all future deadlines for this case have been properly calendared with alerts and reminders to avoid any missed deadlines in the future.

**WHEREFORE,** Plaintiff, Tara Duncan, and Defendants, **BAYO ADENIYI**, and **DEPENDABLE TESTING CENTER** respectfully requests that this Court take no further action on its Order to Show Cause and accept Plaintiff's showing of cause.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 14th day of January, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system and served by Electronic Service via the CM/ECF system on all counsel of record.

Respectfully submitted,

**KWG LEGAL, PLLC**
*Counsel for Tara Duncan*
501 E Las Olas Boulevard, Suite 200/300
Fort Lauderdale, Florida 33301
Tel.: (754) 231-8107
Emails: stefano@kwglegal.com
service@kwglegal.com
jslater@kwglegal.com

**By:** */s/ Stefano Mittone*
Stefano Mittone
Florida Bar No.: 118344
**LAW OFFICE OF ELIAS R. HILAL, P.A.**
**By:** */s/ Elias R. Hilal*
Elias R. Hilal, Esq.,
*Counsel for Defendants*
Florida Bar No.: 60337
12 SE 7th Street, Suite 700 Fort Lauderdale, Florida 33301
Tel: (954) 463-2065

Primary Email: elias.hilal@erhlaw.com