UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-80285-CIV-CANNON

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Pursuant to the Clerk's Notice to Filer [ 131], notice is hereby given of adding party Mediator, Robert A. Dulberg of Salmon & Dulberg Dispute Resolution, 1395 Brickell Ave., Suite 800 Miami, FL 33131, robert@sd-adr.com.

Dated: January 22, 2025.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 22nd day of January, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system and served by Electronic Service via the CM/ECF system on all counsel of record.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

**KWG LEGAL, PLLC**
*Counsel for Tara Duncan*
501 E Las Olas Boulevard, Suite 200/300
Fort Lauderdale, Florida 33301
Tel.: (754) 231-8107
Emails: stefano@kwglegal.com
service@kwglegal.com
jslater@kwglegal.com

By: */s/ Stefano Mittone*
    Stefano Mittone
    Florida Bar No.: 118344