UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 22-80285-CIV-CANNON

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.
_____/

## AMENDED JOINT NOTICE OF MEDIATION

Plaintiff, **TARA DUNCAN**, and Defendants, **BAYO ADENIYI**, and **DEPENDABLE TESTING CENTER**, by and through their undersigned counsel, hereby file this Joint Notice of Mediation and advises the Court that the parties to the above-captioned matter have scheduled an in-person mediation on April 16, 2025 at 1:30 p.m., with Robert A. Dulberg of Salmon & Dulberg Dispute Resolution, 1395 Brickell Ave., Suite 800 Miami, FL 33131.

**KWG LEGAL, PLLC**

<u>**By: /s/ Stefano Mittone**</u>
Stefano Mittone, Esq.
Florida Bar No.: 118344
501 E Las Olas Boulevard, Suite 200/300
Fort Lauderdale, Florida 33301
Tel: (754) 231-8107
E-Service Email: service@kwglegal.com
Non-Service Email: Stefano@kwglegal.com

Secondary Email: jslater@kwglegal.com

**LAW OFFICE OF ELIAS R. HILAL, P.A.**

By: __/s/ *Elias R. Hilal*__
Elias R. Hilal, Esq.,
Florida Bar No.: 60337
2 SE 7th Street, Suite 700 Fort Lauderdale, Florida 33301
Tel: (954) 463-2065
Primary Email: elias.hilal@erhlaw.com