UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80285-CIV-CANNON/Reinhart

TARA DUNCAN,

    Plaintiff,

v.

BAYO ADENIYI and
DEPENDABLE TESTING CENTER.,

    Defendants.
_____/

**ORDER FOLLOWING STATUS CONFERENCE
AND REQUIRING DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before the Court following a Status Conference held on March 3, 2025 [ECF No. 142]. To promote the orderly and expeditious resolution of this case in accordance with the deadlines set forth in the Court's Scheduling Order [ECF No. 126], it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **March 10, 2025**, the parties shall meaningfully confer and jointly file a discovery status report, indicating with specificity all anticipated and scheduled depositions (with names and firm, noticed dates); the status of completed and pending written discovery (with corresponding details); and any other matters related to complying with discovery in accordance with the Court's Scheduling Order [ECF No. 126]. The Report shall also include a detailed update regarding Plaintiff's efforts, as explained during the Status Conference, to secure video evidence from a former Defendant in this matter, NCS Pearson, Inc.

CASE NO. 22-80285-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of March 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record