**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 22-80285-CIV-CANNON**

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.
_____/

**NOTICE OF CANCELLATION OF MEDIATION**

**YOU ARE HEREBY** notified that the Mediation currently set for **April 16, 2025, at 1:30 p.m.** before Robert A. Dulberg, in-person, is hereby **CANCELLED.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 4, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court for the Southern District of Florida using the CM/ECF system, which will send electronic notice to all counsel of record on the service list.

Respectfully submitted,

**KWG LEGAL, PLLC**
*Counsel for Tara Duncan*
501 E Las Olas Blvd., Suite 200/300 Fort Lauderdale, FL 33301
Telephone:   (754) 231-8107
E-Mail: Stefano@kwlegal.com;
Service@kwlegal.com
Jslater@kwlegal.com

By: _/s/_Stefano Mittone_
Stefano Mittone
Florida Bar No. 118344