**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 22-80285-CIV-CANNON**

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW**, Plaintiff, TARA DUNCAN, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 41(1) and hereby gives notice that the Plaintiff, voluntarily dismisses this action without prejudice against the Defendant, BAYO ADENIYI, AND DEPENDABLE TESTING CENTER.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 4, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court for the Southern District of Florida using the CM/ECF system, which will send electronic notice to all counsel of record on the service list.

    Respectfully submitted,

    **KWG LEGAL, PLLC**
    *Counsel for Tara Duncan*
    501 E Las Olas Blvd., Suite 200/300 Fort Lauderdale, FL 33301
    Telephone: (754) 231-8107
    E-Mail: Stefano@kwlegal.com;
    Service@kwlegal.com
    Jslater@kwlegal.com

    By: _/s/ Stefano Mittone_
    Stefano Mittone
    Florida Bar No. 118344

**KWG Legal, PLLC**
**501 E. Las Olas Blvd Suite 200/300, Fort Lauderdale, FL 33301**
**Telephone (754) 231-8107 | Service@KWGLegal.com**
