UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-80285-CIV-CANNON

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI**, and
**DEPENDABLE TESTING CENTER**,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(1), and in lieu of Defendant's Unopposed Motion for Leave to Withdraw as Counsel for Defendants, Dependable Testing Center and Bayo Adeniyi, it is STIPULATED AND AGREED by the parties hereto that this action be dismissed without prejudice. Executed this 11th day of April 2025.

| | |
|---|---|
| LAW OFFICES OF ELIAS R. HILAL, P.A. | KWG LEGAL, PLLC |
| Attorney for Defendants | Attorney for Plaintiff |
| 12 SE 7th Street, Suite 700 | 501 E. Las Olas Boulevard |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33301 |
| Telephone # (954) 463-2065 | Telephone # (754) 231-8107 |
| | |
| By:/s/ Elias R. Hilal | By: /s/Stefano Mittone |
| Elias R. Hilal, ESQ. | Stefano Mittone, ESQ. |
| FLA BAR NO.: 60337 | FLA BAR NO. 118344 |

[Signature continues on next page]

Saul Ewing Arnstein & Lehr LLP

Attorney for NCS PEARSON, INC.

701 Brickell Avenue, 17th Floor

 Miami, Florida 33131

Telephone: (305) 428-4500


By*: /s/ Steven M. Appelbaum*

Steven M. Appelbaum, Esq.

Florida Bar No. 71399