UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80285-CIV-CANNON/Reinhart

**TARA DUNCAN**,

    Plaintiff,

v.

**BAYO ADENIYI** and
**DEPENDABLE TESTING CENTER**,

    Defendants.

_____/

### ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal without Prejudice, filed on April 11, 2025 [ECF No. 151]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective April 11, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 151]. It is hereby **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of April 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record